MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Juan Guzman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUZMAN,<br><br><br>Defendant. | CASE NO:  CR12-00742- LHK<br><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO JANUARY 23, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Juan Guzman, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for December 12, 2012, be continued to January 23, 2013 at 9:00 a.m. for further status.

Defense counsel requires additional time to conduct further case review and investigation.

- 1 -

IT IS SO STIPULATED.

Dated:  December 10, 2012          MELINDA HAAG
United States Attorney

_____/S/_____
AMIE ROONEY
Assistant United States Attorney

Dated:  December 10, 2012          _____/S/_____
MICHELLE D. SPENCER
Counsel for Juan Guzman

[PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for defendant

Juan Guzman on December 12, 2012, shall be continued to January 23, 2013, at 9:00 a.m. for

further status.

FURTHER, the Court finds that failing to exclude the time between December 12,

2012 and January 23, 2013 would unreasonably deny defense counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence pursuant

to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between

December 12, 2012, and January 23, 2013, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

///

//

/

Stipulation and [Proposed] Order Continuing Hearing

1        IT IS FURTHER ORDERED that the time between December 12, 2012, and January

2   23, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3   3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

4

5        IT IS SO ORDERED.

6

7

8   Dated:  12/10/12

9   THE HONORABLE LUCY H. KOH
    United States District Judge

- 3 -

Stipulation and [Proposed] Order Continuing Hearing